UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEVIN GAREY, on behalf of himself and all others similarly situated,

                Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

19 CV 00383 ( JMF )

GLORIA JEWEL INC.,

                Defendant(s).

-------------------------------------------------------------X

    KEVIN GAREY hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. 1331 and 42 U.S.C. 12181.

3. The time for defendant(s), GLORIA JEWEL INC., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), GLORIA JEWEL INC., has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) GLORIA JEWEL INC. to answer or otherwise move has not been extended.

5. That defendant(s) GLORIA JEWEL INC. is not an infant or incompetent. Defendant(s) GLORIA JEWEL INC. is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff _____KEVIN GAREY_____ requests that the default of defendant(s) __GLORIA JEWEL INC.__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: July 3, 2019                                         By: _/s/ Jonathan Shalom_____

                                                           Jonathan Shalom, Esq.
Jshalom@JonathanShalomLaw.com
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel: (718) 971-9474
Fax: (718) 865-0943