UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, on behalf of
himself and all other similarly situated,                    1:19-cv-00383-JMF

                    Plaintiffs,        **NOTICE OF MOTION FOR ENTRY
                                OF DEFAULT JUDGMENT**

v.

GLORIA JEWEL INC.,

                    Defendant.

_____

      PLEASE TAKE NOTICE, that Plaintiff KEVIN GAREY, shall move this Court, at a date and time to be set by this Honorable Court, for the entry of judgment by default, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), and Local Rule 55.2(b), against Defendant, GLORIA JEWEL INC., and for any other relief that the Court may deem just and proper. The reasons supporting the Plaintiff's request for entry of judgment by default are set forth within the attached Affidavit of Counsel, Jonathan Shalom, along with sufficient facts, the attached Certificate of Default dated July 3, 2019 (Ex. A), and other documents appearing in the Court's file and upon such evidence, oral or documentary, as may be presented prior to or at the hearing upon this motion.

Dated: July 12, 2019

                                                      Respectfully submitted,

                                                      **SHALOM LAW, PLLC**

                                                      _____
                                                      Jonathan Shalom, Esq.